**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 01-76 (RC) |
| | : | |
| STEVEN DAVAL JONES, | : | Re Document Nos.: 145-1, 148, 163 |
| | : | |
| Defendant. | : | |

## ORDER

**DENYING THE GOVERNMENT'S APPLICATION FOR WRIT OF EXECUTION AND MOTION TO AMEND THE JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the Government's Application for Writ of Execution (ECF No. 145-1) is **DENIED**; the Government's Motion to Amend Judgment (ECF No. 148) is **DENIED as moot**; and the Government's Motion for Leave to File Under Seal the Victim List (ECF No. 163) is **GRANTED**. Accordingly, the Protective Order to preserve assets pending the Court's resolution of the Application for a Writ of Execution (ECF No. 149) is **VACATED**.

**SO ORDERED**.

Dated: January 21, 2026

RUDOLPH CONTRERAS
United States District Judge